ACCEPTED
03-14-00644-CV
4217422
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/19/2015 3:41:35 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00644-CV

**IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/19/2015 3:41:35 PM

JEFFREY D. KYLE
Clerk

**JOSE A. PEREZ,**
*Appellant*,

**v.**

**TEXAS MEDICAL BOARD,** *et al.*,
*Appellees*.

**On Appeal from the 53rd Judicial District Court of Travis County, Texas
No. D-1-GN-14-001172**

**APPELLEES' RESPONSE TO APPELLANTS' MOTION TO ABATE
APPEAL AND AMEND APPELLATE BRIEF**

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Appellees, the Texas Medical Board and Mari Robinson, in her Official Capacity (collectively "TMB"), by and through the Office of the Attorney General of Texas and the undersigned Assistant Attorney General, submit the following response to the Motion to Abate Appeal and Amend Appellate Brief filed by Appellant, Jose Perez ("Perez"). In support, the TMB shows the Court as follows:

1.	Perez wants this Court to abate the captioned appeal so he can amend his initial brief.  The basis for the request is that he did not receive the supplemental clerk's record before filing his initial brief.

2.	There is nothing in the supplemental clerk's record that Perez did not have in his possession long before he filed his brief in this appeal.  *See* Exhibit A (Index to supplemental clerk's record).  As shown on the index, there are only four substantive documents in the record, those being (1) Perez's own petition; (2) the TMB's Plea to the Jurisdiction and Original Answer and General Denial, and Affirmative Defenses; (3) the TMB's First Amended Plea to the Jurisdiction; and (4) the TMB's brief in support of its Amended Plea to the Jurisdiction.  The TMB filings were all served on Perez on the date they were filed, the latest date being August 13, 2014.  Suppl. CR 55, 59, 69.  The initial clerk's record was filed on November 14, 2014, and Perez had thirty days thereafter to file his initial brief.[1]

3.	In addition, the TMB requested its filings which are contained in the supplemental record through its counter-designation filed in the district court on October 15, 2014.  That document was also served on Perez on that date.[2]

---

[1] There is no reporter's record in this appeal.

[2] For reasons unknown to the TMB, the District Clerk did not actually assemble the supplemental record and submit it to the Clerk of this Court until the TMB had discovered in early February that it had not been filed.  The TMB sent a reminder to the clerk at that time.

4. Moreover, Perez has the right to file a reply brief on or before March 10, 2015 to address the issues raised in the TMB's brief (filed on February 18, 2015).

5. There is simply no way Perez can claim surprise by anything in the supplemental clerk's record.

For the foregoing reasons, the TMB respectfully requests that Perez's motion be denied.

Dated: February 19, 2015.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Division Chief, Administrative Law Division

/s/ Ted A. Ross

Ted A. Ross
Assistant Attorney General
State Bar No. 24008890
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4191
Facsimile: (512) 457-4674
Email: ted.ross@texasattorneygeneral.gov
*Attorneys for Appellees Texas Medical Board and Mari Robinson*

## CERTIFICATE OF SERVICE

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document has been served on the following on this the **19th day of February 2015:**

Jose A. Perez, *pro se*                          *Via: Electronic Mail and*
34 Candle Pine Place                        *CMRRR #7006 2150 0005 6812 6434*
The Woodlands, Texas 77381
Email: theaesculapius@gmail.com

/s/ Ted A. Ross

Ted A. Ross
Assistant Attorney General

4

EXHIBIT A

INDEX

| FILED DATE | DOCUMENT DESCRIPTION | DOCUMENT CATEGORY | PAGE |
|---|---|---|---|
| | Appeals Cover Page | Appeal Cover Page | 1-1 |
| | Index | Index | 2-2 |
| 4/22/2014 | ORIGINAL PETITION/ APPLICATION | ORIGINAL PETITION/ APPLICATION | 3-51 |
| 5/23/2014 | ANSWER & ADDITIONAL PLEADING | ANSWER & ADDITIONAL PLEADING | 52-55 |
| 8/8/2014 | AMENDED/SUPPLEMENTED ANSWER | AMENDED/SUPPLEMENTED ANSWER | 56-59 |
| 8/13/2014 | BRIEF | BRIEF | 60-92 |
| 10/15/2014 | DESIGNATION CLERKS RECORD | DESIGNATION CLERKS RECORD | 93-95 |
| | Court Docket Record | Docket Record | 96-98 |
| | Court Cost Record | Bill of Cost | 99-99 |
| | Clerks Record Page | Clerks Record | 100-100 |

2